UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WADE KINMAN,

    Plaintiff,

v.                                   Case No: 8:13-cv-2645-T-30MAP

SENOX CORPORATION,

    Defendant.

_____

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #8). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of December, 2013.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-2645 dismiss 8.docx